UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] BENTON   [X] EAST ST. LOUIS   [ ] CONTESTED   [X] UNCONTESTED

## MINUTES OF DISPOSITION

JUDGE: **Hon. David R. Herndon, U.S. District Judge**

U.S.A. v. **Lotawata Creek, Inc.**          CRIMINAL NO.: **3:16-cr-30042-DRH-1**

REPORTER: **Laura Esposito**          DEPUTY: **Caitlin Fischer**

DEFT. COUNSEL: **Jeffrey Demerath**          GOVT. COUNSEL: **Norm Smith**

DATE: **July 22, 2016**          TIME: **9:00 AM – 9:40 AM**

 X  Court orders recommendation to be placed under separate seal and counsel will <u>not</u> have access to same.

Offense Level: **16**          Culpability Score: **5**
Sentence Range: **not applicable**          Fine Range: **$219,183 - $438,366**
Supervised Release Range: **not applicable**

**DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION: 5 years**

**RESTITUTION: $219,183.23(satisfied)**

**SPECIAL ASSESSMENT:** $**400.00**

The Court finds that the defendant does not have the ability to pay interest and it is waived. Financial penalties are payable through the Clerk of the United States District Court and are due immediately.

Defendant is advised of its right to appeal within 14 days.

1